# United States District Court
## Southern District of Georgia

2011 NOV 18, PM 3:46

CLERK

---

| | |
|---|---|
| RICHARD and NANCY BIGI | ) CASE NO.: 4:11-CV-00242-WTM-GRS |
| **Plaintiff** | ) |
| | ) |
| v. | ) Appearing on behalf of: _____ |
| GREENE & COOPER, LLP, KYLE | ) Defendant Encore Capital Group, Inc., Midla |
| | ) |
| **Defendant.** | ) (Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Barry Goheen, hereby requests permission to appear pro hac vice in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Northern District of Georgia.
**Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Benjamin M. Perkins as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.
This 17th day of November, 2011.

_____
(Signature of Petitioner)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Benjamin M. Perkins, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.
This 18th day of November, 2011

140997
Georgia Bar Number

_____
Signature of Local Counsel

(912) 236-3311
Business Telephone

Oliver Maner LLP (Law Firm)

218 West State Street (Business Address)

Savannah, GA 31412 (City, State, Zip)

_____ (Mailing Address)

Previous Pro Hac Vice for Barry Goheen in this Court

| Court | Case Name | Docket Number | Status | Pending/Granted |
|---|---|---|---|---|
| USDC-Southern District of Georgia-Dublin Division | L. Mitchell Coffee Jr. v. GMAC, et al. | 3:96-cv-00019-DHB | Closed | Granted-6/23/1998 |

# United States District Court
## Southern District of Georgia

RICHARD and NANCY BIGI
_____
Plaintiff

v.

GREENE & COOPER, LLP, KY
_____
Defendant

Case No. 4:11-CV-00242-WTM-G

Appearing on behalf of

Defendant Encore Capital Group, Inc., Midla
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*

**NAME OF PETITIONER:** Barry Goheen

**Business Address:** King & Spalding LLP
Firm/Business Name

1180 Peachtree Street, NE, Suite 1700
Street Address

Atlanta | GA | 30309
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City, State, Zip
(404) 572-4618 | 299203
Telephone Number (w/ area code) | Georgia Bar Number



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **BARRY GOHEEN, 299203,** was duly admitted to practice in said Court on July 21, 1997 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 16th day of November, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk

