```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV012318
Cashier ID: lherb
Transaction Date: 11/18/2011
Payer Name: King and Spalding
------------------------------------
PRO HOC VICE
 For: Barry Goheen
 Case/Party: D-GAS-4-11-LB-000001-000
 Amount:        $200.00
------------------------------------
CHECK
 Check/Money Order Num: 200018900
 Amt Tendered:  $200.00
------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00
```