# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| RICHARD BIGI and<br>NANCY BIGI,<br><br>    Plaintiffs<br>v.<br><br>GREENE & COOPER, LLP<br>KYLE A. COOPER<br>ENCORE CAPITAL GROUP, INC.<br>MIDLAND FUNDING, LLC<br>MIDLAND CREDIT MANAGMENT, INC.<br><br>    Defendants | Case No. CV411-242 |

## ORDER

The Court having reviewed and considered the petition of Barry Goheen of the law firm of King & Spalding, LLP, 1180 Peachtree Street, N.E., Suite 1700, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Barry Goheen as counsel of record for defendants Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc., in this case.

**SO ORDERED** this __21st__ day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA